

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00098-CV

_____

IN RE ESTATE OF JUNE ELAINE GIBSON, DECEASED

On Appeal from the County Court at Law
Rusk County, Texas
Trial Court No. 2013-148P

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Karen Anderson, appellant, has filed a motion seeking to dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     January 22, 2015
Date Decided:       January 23, 2015